UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD WHITEHORN, on behalf of
himself and other similarly situated,

             **Plaintiff,**

   v.

WOLFGANG'S STEAKHOUSE, INC., ZMF
RESTAURANTS, LLC d/b/a WOLFGANG'S
STEAKHOUSE AT PARK AVENUE, WOLF
AT TRIBECA, INC. d/b/a WOLFGANG'S
STEAKHOUSE AT TRIBECA, PETER
ZWEINER and WOLFGANG ZWEINER

             **Defendants.**
------------------------------------------------------------x

CIVIL ACTION NO. 09-CV-1148 (LBS)

## NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND FOR COURT FACILITATION OF NOTICE

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and annexed materials, Plaintiff Ronald Whitehorn, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Leonard B. Sand, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on such day and time as counsel may be heard, for the following relief in this Fair Labor Standards Act ("FLSA") collection action:

     (1)    Conditional certification of the FLSA claim as a collective action pursuant to 29 U.S.C. § 216(b) on behalf of all tipped employees who worked for Defendants in any Wolfgang's Steakhouse restaurant in New York between February 9, 2006 through October 18, 2009 ("Covered Employees");

(2) Court facilitated notice of this FLSA action to the Covered Employees in the form of Palmer Decl., Ex. A, which includes a consent form (opt-in form) as authorized by the FLSA (Palmer Decl., Ex. B).

(3) Production of the contact information, including social security numbers, email addresses, alternate phone numbers and addresses, and dates of employment for all Covered Employees; and

(4) Posting of the Notice, along with the consent forms, in conspicuous locations in Wolfgang's New York restaurants.

Dated: New York, New York
October 18, 2010

Respectfully submitted,

_/s/ Michael D. Palmer _____
Michael D. Palmer (MP-5090)
Matthew D. Kadushin (MK-1968)
Charles Joseph (CJ-9442)
Diane Hester (on the brief)
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiff, proposed collective action members and proposed class*