```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHITEHORN, et al.,

          Plaintiffs,

    v.

WOLFGANG'S STEAKHOUSE, INC.,
et al.,

          Defendants.

09 Civ. 1148 (LBS)

ORDER

SAND, J.

    On June 12, 2012, this Court invalidated the class exclusion request forms previously submitted by Defendants' employees and ordered Plaintiffs' counsel to mail a new set of exclusion request forms to each and every putative member. Order of June 12, 2012 (Dkt. No. 74). This Court further held that "[n]o factual hearing will be held on what, if anything, ha[d] occurred with respect to allegations of Defendants' improper interference." Id. Defendants take issue with our Order and have moved for reconsideration. Defendants' motion is GRANTED. Parties are to correspond with the Court to set dates for an evidentiary hearing on this issue.

SO ORDERED.

August 13, 2012
New York, N.Y.

                                       U.S.D.J.